UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO: 6:24-CR-9-6 |
| | ) |
| TORLANDUS FULLER | ) |

ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Torlandus Fuller is GRANTED. The indictment is hereby dismissed without prejudice.

So ORDERED, this 11th day of August 2025.

_____
HON. J. RANDAL HALL
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA